

# NUMBERS 13-12-00236-CR AND 13-12-00237-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KANDICE MARIE WILLIAMS, Appellant,

v.

THE STATE OF TEXAS, Appellee.

On appeal from the 24th District Court
of DeWitt County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Rodriguez and Garza
## Memorandum Opinion Per Curiam

Appellant, Kandice Marie Williams, attempts to appeal convictions for burglary of a habitation and theft. The trial court has certified in these cases that this "is a plea-bargain case, and the defendant has NO right of appeal," and "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On April 12, 2012, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On May 20, 2012, counsel filed a letter brief with this Court. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED.


PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).
Delivered and filed the
31st day of May, 2012.

2